IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CLIFFORD DEVINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-195 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff filed the above-captioned case on November 7, 2018, and, on December 20, 2018, defense counsel filed a notice of appearance. (Doc. nos. 1, 5.) On January 2, 2019, the presiding District Judge granted Defendant's motion to stay due to a lapse in appropriations for the United States Government, and the stay was lifted on February 1, 2019. (Doc. nos. 7-9.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 4.) However, no Rule 26(f) Report has been filed. The pendency of Defendant's amended motion to dismiss does not excuse the parties' obligation to confer pursuant to Federal Rule 26. Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a joint 26(f) Report within seven days of the date of the conference. The Court **DIRECTS** the **CLERK** to attach

the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 11th day of April, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA