AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CLIFFORD DEVINE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-195

UNITED STATES OF AMERICA,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 10, 2020, the Government's Motion to Dismiss is GRANTED; therefore, Plaintiff's case is DISMISSED. This case stands CLOSED.

09/10/2020  
*Date*

John E. Triplett, Acting Clerk  
*Clerk*

*Jamie Hodge*  
(By) Deputy Clerk

GAS Rev 10/1/03